FILED

MAY 1 - 2020

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

4/28/20

United States District Court

District Court ND: 209-cr-20066

FROM: Tyrone C. Williams Central District of Illinois

District Judge Michael M. Mihm

To: HON. Michael Mihm

On 4·25·20, Officer Vicary, while passing out clothing at or around 1530 hours in the (SHU) Special Housing Unit upper DA, at the FEDERAL CORRECTIONAL Institution - PEKIN, used excessive physical force in the terms of Retaliation for an incident involving his supervisor with the Petitioner in this matter Prior to this Incident as a Retaliatory action, Inflicting of WANTON and unnecessary, and is cruel and unusual punishment, totally without PENDlogical Justification

Petitioner states that Officer Vicary became Naste After Petitioner REFUSE TO TAKE

Some Dirty Socks After Officer Vicary pick up off the floor from the Dirty clothes Pile. Officer Vicary Became In A maliciously And Sadistically way for the Purpose unnecessary And wanton Infliction of Pain, Alleging that he is Not the Captain, And repeatly slamming the Food-Port Slut of the cell Door, cell #336, on the Petitioner's right hand, this violates the standards of Decency whether or not significant Injury is evident. As a matter of fact, Vicary Ignored The Petitioner's Dignity, Civilized standards, And Humanity, And Decency. The Assault by Officer Vicary is cruel And unusual it does Not Fit in the statute of conviction of the Petitioner's concept of Punishment, Furthermore Officer Vicary supplemented Petitioner's official statute By The use

of retaliatory actions, this is Punishment.

As the Petitioner comes to the crux of the matter at hand, the Institutional security was not at stake, which limited in useful force, for officer vicary license to use force, wherefore there was no prison disturbance and no need to use any force against Petitioner, since Petitioner was in a secured lock Down cell already. Officer vicary attack upon Petitioner results in the Infliction of unnecessary and wanton Pain.

Your Honor, I Tyrone C. Williams are Requesting A "BIVENS CLAIM" form so that Petitioner Williams could take legal Action.

Tyrone C. Williams

Submitted 4/28/20     Reg. No. 14960.026
FCI Pekin, P.O. Box 5000
Pekin, IL. 61555

4/28/20

I Tyrone C. Williams
Request a File Stamp
Copy. Showing of
Receved.

Tyrone C. Williams

Tyrone Williams 14960·026
Federal Correctional Institution Pekin
P.O. BOX 5000
Pekin, IL. 61555

PEORIA, IL 615
29 APR 2020 PM 1 T



Office of the Clerk
United States District Court
Central District of Illinois
U.S. Courthouse
Urbana, IL. 61802

6180289999